

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00611-CV

Francisco J. Gonzalez-**GONZALEZ**,
Appellant

v.

**TEX. DEPT. OF PUBLIC SAFETY**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015-CV-03073
Honorable Jason Wolff, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Kevin Michael Givens
Texas Dept of Public Safety
PO Box 15327
Austin, TX 78761-5327

Adam Crawshaw
Law Office of Adam John Crawshaw
630 Broadway Street
San Antonio, TX 78215